**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL URIOSTEGUI,<br><br>        Petitioner,<br><br>   v.<br><br>F. FOULK,<br><br>        Respondent. | Case No. 1:13-cv-00134-SKO-HC<br><br>ORDER DENYING PETITIONER'S MOTIONS FOR COPIES (DOCS. 11 & 12) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. 636(c)(1), Petitioner has consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting consent in writing signed by the Petitioner on February 8 and 13, 2013. Respondent has not yet appeared in the action or answered the petition.

    Pending before the Court are two motions filed by Petitioner on May 10, 2013, in which Petitioner requests copies of a document previously filed in this action, namely, Petitioner's response to an

1

order to show cause why the petition should not be dismissed for Petitioner's failure to exhaust state court remedies which had issued from this Court on February 22, 2013.

Petitioner's response to the order to show cause was filed on March 22, 2013, and the Court subsequently discharged the order to show cause on May 21, 2013, and directed the Respondent to file a response to the petition.

Petitioner states that at the time he mailed his "motion to show cause," which the Court understands to be a reference to his response to the order to show cause, he could not afford to mail an additional copy and self-addressed stamped envelope for the Court to stamp as received and to return to Petitioner for his file. He states that he is now sending to the Court a face page of the motion for the Court to stamp. However, no face page appears to have been forwarded. Petitioner is thus asking for the Court to send to Petitioner a copy of the file-stamped motion or face page free of charge.

The Court does not provide free copies of documents to the parties, although the Clerk's Office will copy documents up to twenty pages in length at a charge of $.50 per page. Accordingly, Petitioner's motions for copies of his response to the order to show cause are DENIED.

IT IS SO ORDERED.

Dated: __July 3, 2013__         /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE