UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL URIOSTEGUI,<br><br>        Petitioner,<br><br>   v.<br><br>F. FOULK,<br><br>        Respondent. | Case No. 1:13-cv-00134-LJO-SKO-HC<br><br>ORDER DISMISSING PETITIONER'S MOTION FOR LEAVE TO FILE TRAVERSE OVER TEN PAGES (DOC. 26) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is Petitioner's motion for leave to file a traverse over ten pages in length, which was filed on November 21, 2013.

    Because there is no rule limiting the length of a traverse,

///

///

1

Petitioner's motion for leave to file a traverse over ten pages is DIMISSED as moot.

IT IS SO ORDERED.

    Dated: **December 6, 2013**            **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE