UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL URIOSTEGUI,<br><br>        Petitioner,<br><br>    v.<br><br>F. FOULK,<br><br>        Respondent. | No. 1:13-cv-00134-LJO-SKO  HC<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS AND STRIKING DOCUMENT 32**<br><br>**(Doc. 32)** |

    The order denying Petitioner's motion to extend time (Doc. 32) was improperly captioned. Accordingly, the Court hereby STRIKES Document 32 and AMENDS the caption of the prior order to reflect that the Court has DENIED Petitioner's motion to extend the time in which to file objections.  The body of the order continues to read as follows:

    On March 21, 2016, the Magistrate Judge filed findings and the recommendation that the Court deny habeas relief in the above-captioned case. Petitioner, a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, requests an additional 31-day extension of time in which to file objections to the findings and recommendations. Petitioner contends that because of limited access to the prison law library, he requires the additional time to conduct necessary legal research.

    Although the Court is sympathetic to Petitioner's limited resources, following a 60-day extension of time to file objections to the findings and recommendations, he has already had three

1

months to prepare and file his objections.  The Court's prior order also advised Petitioner that no further extensions would be granted.

      Petitioner's motion for an additional extension of time is hereby DENIED.

IT IS SO ORDERED.

Dated:  **June 22, 2016**                      /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE